IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ARGONAUT GREAT CENTRAL      )
INSURANCE COMPANY,          )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )    3:16cv423-MHT
                            )         (WO)
CITY OF ALEXANDER CITY and  )
WILLIE ROBINSON,            )
                            )
     Defendants.            )
```

## AMENDED JUDGMENT

The parties having stipulated to dismissal of this lawsuit without prejudice, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The judgment (doc. no. 21) is vacated.

(2) Pursuant to the stipulation of dismissal (doc. no. 22), this lawsuit is dismissed without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 19th day of December, 2017.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE